EMMA LANDWEHR, Appellant, *v.* FLORENCE BARBAS, Respondent, Impleaded with Another.

(Argued January 14, 1936; decided January 28, 1936.)

538

*Aaron Frank* and *L. J. Harvey* for appellant.

*Herbert Barry* and *Leo M. Brimmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.